# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Orozco** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action** |
| ) | **No. 11-1113-FDS** |
| **GMAC Mortgage, LLC** ) | |
| **Defendant.** ) | |
| ) | |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, D.J.**                                                                                     November 9, 2012

The Court is advised by the parties that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right if any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Timothy Maynard
Deputy Clerk