UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERESITA OROZCO,

        Plaintiff,

v.

GMAC MORTGAGE, LLC,

        Defendant.

Civ. Action. No. 4:11-cv-11135-FDS

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to the above-captioned matter stipulate that the above action be dismissed as to all claims, with prejudice and without costs, each side to bear its own attorney's fees, and with all rights of appeal waived.

Respectfully submitted,

| GMAC MORTGAGE, LLC, | TERESITA OROZCO, |
|---|---|
| By its attorneys, | By her attorney, |
| /s/ Julie A. Brennan | /s/ Ray Mestre |
| Richard E. Briansky BBO # 632709 | Ray Mestre, BBO # 558221 |
| rbriansky@princelobel.com | rmestre@laccm.org |
| Julie A. Brennan BBO # 676497 | **COMMUNITY LEGAL AID** |
| jbrennan@princelobel.com | 405 Main Street |
| **PRINCE LOBEL TYE LLP** | Worcester, MA 01608 |
| 100 Cambridge Street Suite 2200 | Phone: 508-752-3718, Ext 5337 |
| Boston, MA 02114 | |
| Phone: 617-456-8000 | |
| Fax: 617-456-8100 | |

DATED: January 17, 2013

# CERTIFICATE OF SERVICE

  I, Julie A. Brennan, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2013.

                */s/ Julie A. Brennan*